JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA M. C., | Case No. 2:21-06793 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is vacated and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: March 28, 2023

                                            /s/ Autumn D. Spaeth
                                      THE HONORABLE AUTUMN D. SPAETH
                                      United States Magistrate Judge